UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAYCINAH SIMON,
        Plaintiff,

vs.

TRANSUNION CORP,
        Defendant.

CASE NO. 2:23-cv-03375

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Philadelphia Municipal Court First Judicial District Of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, on the following grounds:

1. Plaintiff Jaycinah Simon served Trans Union on August 1, 2023, with a Statement Of Claim filed in the Philadelphia Municipal Court First Judicial District Of Pennsylvania. The Statement Of Claim is attached hereto as **Exhibit A**.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). *See*, generally, Statement Of Claim.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Philadelphia Municipal Court First Judicial District Of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

5. Notice of this removal will promptly be filed with the Philadelphia Municipal Court First Judicial District Of Pennsylvania and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Philadelphia Municipal Court First Judicial District Of Pennsylvania, to this United States District Court, Eastern District of Pennsylvania.

Date:  August 29, 2023                                    Respectfully submitted,


*/s/ Justin T. Walton*
Justin T. Walton, Esq.
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (317) 902-9640
Fax:  (312) 466-7986
E-Mail: justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of August, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of August, 2023**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Jaycinah Simon<br>1232 W. Master Street<br>Philadelphia, PA 19122 | |
|---|---|

*/s/ Justin T. Walton*
Justin T. Walton, Esq.
TransUnion, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  (317) 902-9640
Fax:  (312) 466-7986
E-Mail: justin.walton@transunion.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp)*